UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAZERRICK ALANTE STEWART,<br><br>Defendant. | CR 25-373 ADM/DLM<br>**INDICTMENT**<br><br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Unlawful Possession of a Machinegun)**

On or about July 23, 2025, in the State and District of Minnesota, the defendant,

**LAZERRICK ALANTE STEWART**,

did knowingly possess a machinegun, namely, a Glock model 19X, nine-millimeter Luger caliber handgun bearing serial number BTRE950, equipped with an attached machinegun conversion device, commonly known as a "switch" or "auto sear," which enabled it to be fired as a fully automatic weapon by a single function of the trigger, and knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

SCANNED
OCT 02 2025
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures.

As a result of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in or used in any knowing violation of, the offense alleged, including, but not limited to, a Glock model 19X, nine-millimeter handgun bearing serial number BTRE950, equipped with an attached machinegun conversion device, commonly known as a "switch" or "auto sear," and all ammunition seized therewith.

A TRUE BILL

______________________________ ______________________________

ACTING UNITED STATES ATTORNEY FOREPERSON